PETITION OF JOHN BANISTER (Schooner *Jeremiah*), 1746

COLONY OF RHODE ISLAND CURIA ADMIRALITATIS    George the Second by the Grace of God of Great Britain France and Ireland King Defender of the Faith etc.
(Seal)    To W$^m$ Mumford mar$^l$ of s$^d$ Court Greeting.

Whereas John Banister of Newport mer<sup>t</sup> hath this day presented a Petition to this Court setting forth the damages George Strout hath sustained In his Cargo on board the Schooner Jeremiah by Storms at sea, as Per Petition on file more fully sets forth.

We command you to request Cap<sup>t</sup> John Beard, Cap<sup>t</sup> Rob<sup>t</sup> Gibbs, and Cap<sup>t</sup> James Brown all of Newport afores<sup>d</sup> to Inspect immediately into the Stowage of the Hold and condition of the Decks and in order to see how said Damages arose, and make a return thereof to this Court on oath as soon as possible Witness William Strengthfield Esq<sup>r</sup> Dep: Judge at Newport this Tenth day of December Annoq: Dom: 1746

Per Curiam

Thomas Vernon D Regr.

We have Carefully Inspected the Hold of the within mentioned Schooner Jeremiah Cap<sup>t</sup> Strout Com<sup>r</sup> and find the Said Hold well Stowed and Dunaged and are of opinion the Damages the Cargoe Sustaind was owing to the Carelessness of those that Caulk<sup>d</sup> the Vesells Decks

Witness our Hands    Jn<sup>o</sup> Beard
                   Robert Gibbs

Newport Dec<sup>r</sup> 12th 1746

Personally appeared Cap<sup>t</sup> John Beard and Cap<sup>t</sup> Robert Gibbs, the above subscribers and made Oath to the truth of the above Report

Thomas Vernon D. Regr